UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. ALLEN,<br><br>      Plaintiff,<br><br>    v.<br><br>MARTIN GAMBOA,<br><br>      Defendant. | No.  1:26-cv-05042-SAB (PC)<br><br>ORDER STRIKING UNSIGNED COMPLAINT<br><br>(ECF No. 1)<br><br>ORDER TO FILE SIGNED COMPLAINT |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant complaint on June 30, 2026.

Upon an initial review of Plaintiff's complaint, the Court notes that the complaint lacks Plaintiff's signature.[1] (ECF No. 1.)  Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). As Plaintiff's complaint is unsigned, the Court must strike it from the record. Plaintiff will be permitted thirty (30) days to file a signed complaint that complies with Federal Rules of Civil Procedure and the Local Rules.

---

[1] The Court notes Plaintiff used this Court's Civil Rights Complaint by a Prisoner form; however, Plaintiff did not include and/or complete the last page of the form complaint. That page asks Plaintiff to state the remedy or relief he seeks and provides spaces for the date and Plaintiff's signature.

1

Based on the foregoing, it is HEREBY ORDERED that:

1.    Plaintiff's complaint, filed June 30, 2026, (ECF No. 1), is STRICKEN from the record for lack of signature;

2.    The Clerk of the Court is directed to send to Plaintiff a civil rights complaint form;

3.    Within thirty (30) days from the date of service of this order, Plaintiff SHALL file a signed complaint not to exceed twenty-five (25) pages in length (excluding exhibits); and

4.    Plaintiff is warned that the failure to comply with this order will result in dismissal of this action for failure to obey a court order and for failure to prosecute.

IT IS SO ORDERED.

Dated:    **July 6, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge

2