UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. ALLEN,<br>Plaintiff,<br>v.<br>MARTIN GAMBOA,<br>Defendant. | No. 1:26-cv-05042-JLT-SAB (PC)<br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(ECF No. 12) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 6, 2026, the Court issued an order striking Plaintiff's complaint for lack of signature and granted Plaintiff thirty days to file a properly signed complaint. (ECF No. 8.)

On August 17, 2026, the Court issued an order to show cause why the action should not be dismissed. (ECF NO. 12.) Plaintiff filed a response on September 4, 2026, indicating that he previously submitted a first amended complaint. (ECF No. 14.)

Inasmuch as Plaintiff has filed a first amended complaint, the Court's order to show cause issued (ECF No. 12) is DISCHARGED, and Plaintiff is advised that the screen the first amended complaint in due course.

IT IS SO ORDERED.

Dated: **September 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge